UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GUILLERMINA RICHARDS and A.R.,

                Plaintiffs,

- against -

SOCIAL SECURITY ADMINISTRATION,

                Defendant.
-----------------------------------------------------------X

**ORDER**

15-CV-1528 (ENV) (MDG)

GO, United States Magistrate Judge:

Plaintiff Guillermina Richards's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted.[1] The United States Marshals Service is directed to serve the summons and complaint upon the defendant without prepayment of fees.

SO ORDERED.

                                          __/s/_____
                                          MARILYN D. GO
                                          United States Magistrate Judge

Dated: June 19, 2015
       Brooklyn, New York

---

[1] To the extent this action does not seek to appeal a denial of Social Security disability benefits, plaintiff Richards is advised that she may not represent her minor child A.R. in this matter. *Cheung v. Youth Orchestra Found. of Buffalo, Inc.*, 906 F.2d 59, 61 (2d Cir. 1990) ("a non-attorney parent must be represented by counsel in bringing an action on behalf of his or her child."); *Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998) ("[B]ecause *pro se* means to appear for one's self, a lay person may not represent a corporation or a partnership or appear on behalf of his or her own child.").